Case 3:03-cv-00618-L⬤H   Document 55   Filed 10/22/03   ⬤age 1 of 2   PageID 315



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISABEL SOLIS and TRISHA HOLLOWAY, on behalf of themselves and on behalf of all others similarly situated, | § § § § § § | |
| Plaintiffs, | § § | Civil File No. 3:03CV-00618 -L(AH) |
| v. | § § § | |
| HOTELS.COM TEXAS, INC., HOTELS.COM, L.P., DAVID LITMAN, ROBERT DIENER, and SANDRA D'ARCY, | § § § § § § § | [Wage/Hour - Fair Labor Standards Act] [Collective Action] [Jury Demanded] |
| Defendants. | § | |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' ALTERNATIVE MOTION FOR RULE 56(f) CONTINUANCE

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Isabel Solis and Trisha Holloway, on behalf of themselves and on behalf of all others similarly situated, submit this *Response to Defendants' Motion for Partial Summary Judgment as to Opt-In Plaintiff Paola Judd and All Other Persons Participating in the Department of Labor Supervised Settlement*. Pursuant to Local Rule 56.4, Plaintiffs state that each of the required matters provided for by Local Rule 56.4(a) will be set forth in their *Brief in Support of Plaintiff's Response to Defendant's Motion for Partial Summary Judgment*.
**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT** – Page 1

Plaintiffs request that the Court deny Defendants' Motion. In the alternative, Plaintiffs request that, pursuant to Federal Rule of Federal Procedure 56(f), the Court either deny Defendants' Motion as premature or hold Defendants' Motion in abeyance until after notice has been issued, those persons who choose to opt-in have done so, and discovery has been completed.

Dated: October 22, 2003

Respectfully submitted,

JONES & ASSOCIATES, P.C.

_____
James A. Jones
(TX Bar No. 10908300)
Christopher L. Green
(TX Bar No. 24032372)
5015 Tracy, Suite 100
Dallas, TX 75205
(214) 219-3456
(214) 219-9309 (fax)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of October, 2003, a true and correct copy of the above and foregoing *Brief in Support of Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment* was served by First Class U.S. Mail on the following counsel for Defendants in compliance with Fed.R.Civ.P. 5:

Jordan W. Cowman
Julie Buffington
Baker & McKenzie
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201

_____
James A. Jones